UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERARDO HERNANDEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>AMIDRON ENERGY, LLC, et al.,<br><br>    Defendants. | Case No. 5:21-cv-01011-EJD<br><br>**JUDGMENT**<br><br>Re: ECF No. 67 |

On December 4, 2023, the Court granted Defendants' cross-motion for summary judgment and denied Plaintiff's motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: December 4, 2023

_____
EDWARD J. DAVILA
United States District Judge